Mark O. Morris (4636)
Katherine R. Nichols (16711)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101-1531
Telephone:  (801) 257-1900
Email: mmorris@swlaw.com
          knichols@swlaw.com

Eliot T. Burriss (24040611) (*pro hac vice*)
Sara S. Staha (24088368) (*pro hac vice*)
HOLLAND & KNIGHT LLP
200 Crescent Court, Suite 1600
Dallas, Texas 75201
Telephone:  (214) 964-9492
Email: Eliot.Burriss@hklaw.com
          Sara.Staha@hklaw.com

*Attorneys for Plaintiff Sunstate Equipment Co., LLC*

### IN THE UNITED STATES DISTRICT COURT IN AND FOR
### THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SUNSTATE EQUIPMENT CO., LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**EQUIPMENTSHARE.COM, INC.**, a Delaware corporation, **RHETT BAUTISTA, STEVE MEADOWS,** and **CASEY HIGLEY**, individuals,<br><br>Defendants. | **MOTION TO STRIKE DEFENDANTS' SHORT FORM DISCOVERY MOTIONS FOR PROTECTIVE ORDER AND STAY OF DEPOSITIONS**<br><br>Case No. 2:19-cv-00784-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead<br><br>**EXPEDITED RELIEF REQUESTED** |

Pursuant to DUCivR 37-1, Plaintiff Sunstate Equipment Co., LLC ("**Sunstate**") respectfully requests that the Court strike Defendant Equipmentshare.com, Inc.'s ("**EquipmentShare**") Short Form Discovery Motion for Protective Order and Stay of

1

Depositions (ECF No. 83), and Defendants Rhett Bautista's, Steve Meadows's, and Casey Higley's (collectively, "**Individual Defendants**") Short Form Discovery Motion (ECF No. 84).

DUCivR 37-1 states that a short form discovery motion must "not exceed 500 words." This limit excludes the "caption and signature block," but includes all other material, including footnotes and certifications. EquipmentShare's Motion contains 533 words. The Individual Defendants' Motion contains a whopping 850 words—70% more than permitted by rule. In total, Defendants have submitted to the Court briefing of 1,383 words for what was supposed to be a short form discovery motion, while asking for yet additional briefing and oral argument.

Because Defendants' Motions—both individually and in the aggregate—violated this Court's rule, this Court should strike them.

DATE: May 12, 2020.

                              SNELL & WILMER L.L.P.

                              /s/ *Mark O. Morris*
                              Mark O. Morris
                              Katherine R. Nichols

                              Eliot T. Burriss (*pro hac vice*)
                              Sara S. Staha (*pro hac vice*)
                              HOLLAND & KNIGHT LLP

                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2020, I caused the foregoing to be filed electronically with this court which effectuated notice via the court's electronic notification service to all e-filers of record in this matter, including but not limited to:

Perry S. Clegg
Andrea Kelly
KUNZLER BEAN & ADAMSON, PC
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101
Tel: (801) 994-4646
Fax: (801) 531-1929
pclegg@kba.law
akelly@kba.law

Michael E. Brewer
BAKER McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Tel: (415) 576-3000
Fax: (415) 576-3099
michael.brewer@bakermckenzie.com

Mark D. Taylor
Meghan E. Hausler
BAKER McKENZIE LLP
1900 North Pearl Street, Ste. 1500
Dallas, Texas 75252
Tel.: (214) 978-3000
Fax: (214) 978-3099
mark.taylor@bakermckenzie.com
meghan.hausler@bakermckenzie.com

*Attorneys for Defendant EquipmentShare.com, Inc*

Austin B. Egan
austin@stavroslaw.com
STAVROS LAW P.C.
8915 South 700 East, Suite 202
Sandy, Utah 84070
Tel: 801.758.7604

*Attorneys for Rhett Bautista, Steve Meadows, and Casey Higley*

            /s/ Edela Irvin

4838-9255-0844.2